IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRICKELL BAY ACQUISITION CORP.<br><br>**Plaintiff,**<br><br>v.<br><br>JOSE J. GARCIA LOPEZ, VIRGINIA SANCHEZ CASTRO AND THE LEGAL CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM.<br><br>**Defendants.** | CIVIL NO. 05-1083 (GAG)<br><br>RE: COLLECTION OF MONEY |

## ORDER

Having examined the Joint Motion Requesting Voluntary Dismissal With Prejudice by the parties containing a request for the cancellation of the Cautionary Notice and Mortgage pending at the Registry of Property, Section III of San Juan, over the real property of defendant José J. Garcia Lopez, said motion is GRANTED and therefore the Clerk of this Court is ordered to issue the corresponding writ addressed to the Property Registrar of Puerto Rico, Property Registry of San Juan, Section III, so that said public officer can proceed with the cancellation of the Cautionary Notice and Mortgage that will described further on and which encumbers the following property:

> ---"Urbana: Solar numero dieciséis (16) de la Manzana E de la Urbanización Parque San Ignacio, localizada en el Barrio Monacillo de Río Piedras, Puerto Rico. Dicho solar tiene un área superficial de cuatrocientos veinticinco punto ochenta y

> seis (425.86) metros cuadrados, en lindes por el Norte, en distancia de veinticinco punto ochenta y un metro con solar quince en la Manzana E; por el Sur, en distancia de veinticinco punto ochenta y un metros con solar diecisiete de dicha manzana; por el Este, en distancia de dieciséis punto cincuenta metros con la calle número cinco de la Urbanización y por el Oeste, en distancia de dieciséis punto cincuenta metros con solar numero trece de la referida Manzana E. Contiene una casa de concreto diseñada para una solar familia."

> Consta inscrita al folio doscientos veintiséis (226) del tomo setecientos noventa y seis (796) de Monacillos, finca número veinticuatro mil trescientos diecinueve (24319) del Registro de la Propiedad de Puerto Rico, Sección tercera de San Juan.

IT IS HEREBY ORDERED that the Cautionary Notice and the Mortgage inscribed over the referred property be cancelled. Said inscriptions are described in the Spanish language as follows:

> **HIPOTECA:** Por la suma principal de $207,000.00 en garantía de un pagaré a favor de Oriental Bank & Trust, o a su orden, con intereses al 7% annual y vencimiento del 1ro. de diciembre de 2011, constituida por la escritura No. 701 ortorgada en San Juan el 30 de noviembre de 1996 ante Marilyn Burgos Marquez, inscrita al folio 228 de tomo 796 de Monacillos, finca no. 24319, inscripción 3ra.

> **BITACORA:**
> **ASIENTO 350 DIARIO 663, de fecha 18 de febrero de 2005: Presentada y Pendiente de Despacho:** Documento Judicial #5-01083 sobre "Collection of Money", con valor de $207,000.00 en District Puerto Rico, el día 25 de enero de 2005 en el Tribunal United States,District Court, para que se inscriba a favor de Brickell Bay Acquisition Corporation, sobre la finca

#24319 del término municipal de San Juan, solar 16-E, Parque San Ignacio, con cabida de 425.86 metros cuadrados.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of October, 2006.

_____ U.S-D.J.
Gustavo A. Gelpí
U.S. DISTRICT JUDGE